IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID ESCAMILLA | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Case No. 4:12CV634 |
| | § | |
| M2 TECHNOLOGY, INC. | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 27, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Preliminary Injunction (Dkts. 3 & 6) be DENIED.

The court has made a *de novo* review of the objections raised by Plaintiff and Defendant's response and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Plaintiff's Motion for Preliminary Injunction (Dkts. 3 & 6) is DENIED.

**IT IS SO ORDERED.**

      **SIGNED this the 5th day of December, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE